

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00423-CV

**IN THE INTEREST OF D.R.J.**, a Minor Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01665
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs are assessed against appellant because she is indigent.

SIGNED February 17, 2021.

_____
Luz Elena D. Chapa, Justice